# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL JOHNSON,

        Plaintiff,

vs.                                            Case No. 6:15-cv-01087-CEM-KRS

CREDIT PROTECTION ASSOCIATION, L.P.,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, CREDIT PROTECTION ASSOCIATION, L.P., hereby gives notice that the parties have reached an amicable resolution, and settlement is pending in this matter. The pending settlement will be a complete resolution of all claims. It is anticipated that all settlement documents will be completed within twenty (20) days. Plaintiff's counsel agrees to the filing of this Notice.

      DATED:      March 4, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: William Peerce Howard and Frank Kearney, Morgan & Morgan P.A., One Tampa City Center, Suite 700, Tampa, FL, 33602, bhoward@forthepeople.com

21940800v1 0976146

*s/ Burke Lopez*
Ruel W. Smith, Esquire
Florida Bar No. 36548
rsmith@hinshawlaw.com
Burke G. Lopez, Esquire
Florida Bar No. 0855669
blopez@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
100 South Ashley Drive, Suite 500
Tampa, FL  33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Attorneys for Defendant

21940800v1 0976146